**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6403**

MICHAEL ANTHONY DOBSON,

Plaintiff - Appellant,

v.

DR. THOMPSON,

Defendant - Appellee,

and

HAROLD CLARKE; STEVEN HERRICK; BERNARD W. BOOKER; RICKY WHITE; DOCTOR QUINN; ANN-MARIE CATHERINE WHITE; CHARISSE MONAE MULLEN; NURSE A. J. WILLIAMSON; SERGEANT BROWN; MAILROOM MANAGER; MAJOR KING; MR. COLLINS; OFFICER COX; K-9 OFFICER; LIEUTENANT WILLIAMS,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:22-cv-00132-JAG-MRC)

Submitted:  June 16, 2025                    Decided:  August 4, 2025

Before THACKER and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Dobson, Appellant Pro Se.  Elizabeth Martin Muldowney, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Dobson appeals the district court's orders denying his motions for discovery, granting summary judgment to Defendant, and dismissing Dobson's action filed under 42 U.S.C. § 1983.  We have reviewed the record and Dobson's claims and find no reversible error.  Accordingly, we deny Dobson's motion objecting to the terms of the Prisoner Litigation Reform Act, entitled "Motion for Relief from undue hardship," and affirm the district court's orders.  *Dobson v. Thompson*, No. 3:22-cv-00132-JAG-MRC (E.D. Va. Nov. 28, 2023; Dec. 13, 2023; Apr. 4, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3